UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICHOLAS CHRISTOPHER BOYD,<br><br>  Plaintiff,<br>  v.<br><br>DAVID MARTIN et al.,<br><br>  Defendants. | CASE NO. 2:23-cv-01082-DGE-DWC<br><br>ORDER DISMISSING CASE |

Presently before the Court is Plaintiff's Motion to Dismiss Without Prejudice. (Dkt. No. 4.) The Court construes this as a notice of voluntary dismissal pursuant to Fed. R. Civ. P 41(a)(1)(A)(i). Accordingly, this case is DISMISSED without prejudice, with each party to bear its own fees and costs.

Dated this 21st day of July, 2023.

David G. Estudillo
United States District Judge

ORDER DISMISSING CASE - 1